Frederick L. WRIGHT, III, et al., petitioners, v. UNITED STATES.  No. 91–50.

Supreme Court of the United States.

Oct. 7, 1991.   Denied.